# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 22, 2024

**VIA EMAIL**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:    United States v. Malik Tyson,
        24 Cr. 252 (VEC)** *CASE UNDER SEAL*

Dear Judge Caproni:

    I understand that Mr. Tyson was presented in the Eastern District of Tennessee for a case that has been assigned to Your Honor.  At that proceeding, Mr. Tyson was appointed counsel from the Federal Defenders office in that District.  I further understand that the Court has set a first appearance in the Southern District of New York on Friday, May 24, 2024 at 2:30 p.m. Federal Defenders in this District will arrange to be appointed prior to that appearance.

    Pursuant to 18 U.S.C. § 4282, we respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Tyson's travel to New York, NY from Chattanooga, TN, for that appearance, because Mr. Tyson is indigent and does not have the available funds necessary to transport him to the Southern District of New York at this time.

Respectfully submitted,

/s/
Sylvie Levine
Michael Arthus
Federal Defenders of New York

cc:    A.U.S.A. Georgia Kostopoulos

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
```

UNITED STATES OF AMERICA          :        **TRANSPORTATION ORDER**
                                           **24 Cr. 252 (VEC)**
              -  v  -              :

MALIK TYSON,                       :

                    Defendant.     :

```
----------------------------------x
```

Upon the application of **Malik Tyson**, by the Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Mr. Tyson with funds to cover the cost of transportation between Chattanooga, TN and New York, NY, for Mr. Tyson's court appearance, scheduled for Friday, May 24 at 2:30 p.m., to arrive in New York before 10 a.m.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        May 22, 2024

_____
HONORABLE VALERIE E. CAPRONI
United States District Judge