UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA,   :
 :
        -against-   :    24-CR-252 (VEC)
 :
MALIK TYSON and DAMIAN DIAZ,   :    <u>ORDER</u>
 :
        Defendant.   :
 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 25, 2024, the grand jury returned a superseding indictment that added charges against Mr. Tyson and named Mr. Diaz as a defendant; and

    WHEREAS Mr. Diaz was arraigned before Magistrate Judge Parker on September 26, 2024.

    IT IS HEREBY ORDERED that Mr. Diaz's initial conference and Mr. Tyson's arraignment as to the new charges will be held on **Wednesday, October 16, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  October 3, 2024                          _____
        New York, NY                                **VALERIE CAPRONI**
                                                       **United States District Judge**