UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                              24-CR-252 (VEC)

    MALIK TYSON,                                        ORDER

                           Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 22, 2025, the parties contacted the Court to schedule a change of plea hearing for Mr. Tyson.

    IT IS HEREBY ORDERED that the parties must appear for a change of plea hearing on **Thursday, January 30, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  January 24, 2025
          New York, NY

                                              **VALERIE CAPRONI**
                                          **United States District Judge**