```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
   UNITED STATES OF AMERICA,                                      :
                                                                  :
                  -against-                                       :   24-CR-252 (VEC)
                                                                  :
   MALIK TYSON,                                                   :   ORDER
                                                                  :
                                    Defendant.                    :
                                                                  :
------------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

  IT IS HEREBY ORDERED that Mr. Tyson's change of plea hearing is ADJOURNED to **Thursday, January 30, 2025, at 3:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: January 24, 2025
    New York, NY

                  **VALERIE CAPRONI**
                  **United States District Judge**