UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
         -against- : 24-CR-252 (VEC)
:
MALIK TYSON, : <u>ORDER</u>
:
         Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Tyson will be sentenced on **Wednesday, May 21, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions are due **May 8, 2025**.

**SO ORDERED.**

Date:  January 30, 2025
        New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**