# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

July 2, 2025

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025

   Re: **United States v. Malik Tyson**
       24-Cr-252

Dear Judge Caproni:

   The defense is requesting permission to file Exhibit A to its sentencing submission under seal. Exhibit A is a psychological evaluation of Mr. Tyson that contains sensitive medical information, and thus should not be publicly available. The government has no objection to that report being filed under seal.

Sincerely,

/s/

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Georgia Kostopoulos and Rita Maxwell

---

Application GRANTED.

SO ORDERED.

*[signature]* 7/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE