

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

July 7, 2025

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2025
```

  Re: *United States v. Malik Tyson*, S1 24 Cr. 252 (VEC)

Dear Judge Caproni:

  The Government respectfully requests leave to file a letter dated July 2, 2025 under seal in the above-captioned case. The Government submitted the letter by email to the Court, and it is not currently available on the public docket. For the reasons set forth in the Government's July 2, 2025 letter, the Government respectfully requests that the Court maintain the letter under seal. Counsel for Mr. Tyson consents to the sealing.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

      by: *Rita Maxwell*
        Georgia V. Kostopoulos
        Rita Maxwell
        Assistant United States Attorney
        (212) 637-2206

cc: Michael Arthus, Esq. (by ECF and email)

---

Application GRANTED.

SO ORDERED.

*[Signature: Valerie Caproni]*   7/9/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE