UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                      24-CR-252 (VEC)

    MALIK TYSON,                                 ORDER

                        Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Tyson's sentencing is ADJOURNED to **Thursday, July 31, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  July 17, 2025
         New York, NY

                                                    **VALERIE CAPRONI**
                                                   **United States District Judge**